(101 N. W. 317.)

---

## H. P. LOUGH v. A. A. WHITE.

Opinion filed October 7, 1904.

**Appealable Order.**

1. An order of the district court dismissing an appeal from a justice's court judgment is not appealable.

Appeal from District Court, Cass county; *Pollock, J.*

Action by H. P. Lough against A. A. White. Judgment for plaintiff; defendant appeals.

Affirmed.

*John E. Greene (Benton, Lovell & Holt on brief),* for appellant.
*Barnett & Reese,* for respondent.

PER CURIAM. The defendant has attempted to appeal from an order of the district court dismissing his appeal from a justice's court judgment. Under our statute, as repeatedly held by this court, such orders are not appealable. See In re Weber, 4 N. D. 119, 59 N. W. 523, 28 L. R. A. 621; Field v. Elevator Co., 5 N. D. 400, 67 N. W. 147; Prondzinski v. Garbutt, 9 N. D. 239, 83 N. W. 23.

The appeal must therefore be dismissed.